AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

New Mexico

United States of America
v.
Adrian Rafael Hernandez

Defendant(s)

Case No. 26-4085 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 11, 2026 in the county of Dona Ana in the ______ District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b) | Assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer while engaged in official duties, involving use of a deadly or dangerous weapon or infliction of bodily injury |

This criminal complaint is based on these facts:

The facts are more fully described in the attached affidavit, which is attached and incorporated herein

☑ Continued on the attached sheet.

Briana Vigil
Complainant's signature

Briana R. Vigil, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/12/26

[signature]
Judge's signature

City and state: Las Cruces, New Mexico

BARBARA S. EVANS
U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Briana Vigil, a Special Agent of Homeland Security Investigations (HSI), being duly sworn, hereby states:

I am a Special Agent with Homeland Security Investigations and have been since April 2024. I have gained experience through training and everyday work relating to conducting these types of investigations. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the HSI Office of the Assistant Special Agent in Charge, Las Cruces, New Mexico. Prior to my current position, I served as an Investigative Assistant for the Drug Enforcement Administration and an Industry Operations Investigator with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I am currently assigned to investigate violations of federal law, including assault on a federal officer.

The information contained herein is based upon my investigation as well as information supplied to me by other duly sworn law enforcement officers, federal employees, and witnesses and does not contain all information known to me, only facts for consideration of probable cause. I make this affidavit in support of a criminal complaint that there is probable cause to find that Adrian Rafael Hernandez violated 18 U.S.C. § 111(a)(1) and (b); Assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer while engaged in official duties, involving use of a deadly or dangerous weapon or infliction of bodily injury.

## RELEVANT STATUES

Title 18 U.S.C. § 111(a)(1) and (b) makes it a crime for any person to forcibly assault, resists, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114, while engaged in or on account of the performance of official duties. An Enforcement and Removal Operations Deportation Officer employed by U.S. Immigration and Customs Enforcement is an officer or employee of the United States pursuant to 18 U.S.C § 1114.

## DETAILS OF THE INVESTIGATION

On August 11, 2026, Homeland Security Investigations (HSI) Special Agents were notified by U.S. Immigration and Customs Enforcement (ICE) that earlier that day, an Enforcement and Removal Operations (ERO) Deportation Officer had been physically assaulted by Adrian Rafael Hernandez while the officer was engaged in the performance of official duties in Anthony, New Mexico.

On August 11, 2026, HSI interviewed the ERO Deportation Officer who was assaulted by Adrian Rafael Hernandez, hereinafter referred to as the “Victim.” The Victim stated that he was present

at 1438 Old Field Circle, Anthony, New Mexico 88021, assisting with an immigration removal operation to arrest an unlawfully present alien, hereinafter referred to as the "Target."

The Victim stated that he and other ERO Deportation Officers responded to assist officers who had encountered the non-compliant Target, who had locked himself inside a vehicle in an attempt to avoid arrest. Upon arrival, the Victim and the other ERO Deportation Officers were wearing law enforcement vests clearly marked with ICE identifiers, making them readily identifiable as ICE officers. The officers encountered a group of family members, including two adult males and several adult females. The Victim stated that members of the group were verbally and physically aggressive toward the ICE officers and interfered with the officers' ability to carry out their official duties.

The Victim stated that the Target eventually exited the vehicle. The Victim and another ERO Deportation Officer then began detaining the Target. Shortly thereafter, the Victim observed one of the two adult male individuals lunge toward another ERO Deportation Officer in an aggressive manner with his arms extended. The Victim assisted the other ERO Deportation Officer in bringing the male individual under control and attempting to place him in handcuffs.

The Victim stated that while he was attempting to gain compliance from the male individual, he felt multiple strikes to the back of his head and neck area. The Victim stated that, based on the impact, he believed he had been struck with an object. The Victim stated that he was shocked by the assault and momentarily froze. After standing up, the Victim reached toward the back of his head and observed blood on his hand. The Victim later learned that he had been struck with a box cutter by Adrian Rafael Hernandez. HSI Special Agents observed cuts on the Victim's shoulder, back, and neck area, as well as blood spatter and holes in the Victim's shirt.

On August 11, 2026, HSI Special Agents interviewed Adrian Rafael Hernandez, hereinafter referred to as "Hernandez." After being advised of his Miranda rights, Hernandez agreed to speak with agents. Hernandez admitted that during the encounter with ICE officers on August 11, 2026, he was carrying a work knife, which he stated he uses to clean yards. Hernandez described the knife as a handle with a blade attached to it.

Hernandez stated that when ICE officers were at the location, he removed the knife and concealed it under his shirt. At that time, Hernandez was one of the two male individuals near the vehicle where the Target was located. Hernandez further stated that he later removed the knife from under his shirt, and officers observed him holding the knife. Hernandez stated that he was face-to-face with one of the ERO Deportation Officers and was standing less than an inch away from that officer. According to Hernandez, the ERO Deportation Officer instructed him to move against a wall while Hernandez still had the knife in his hand.

Hernandez stated that he refused to comply and told agents that he was "not going anywhere." Hernandez stated that when an ICE officer pointed a firearm at him, he got into what he described as his "fighting position" while still holding the knife. Hernandez stated that his brother then got between him and the ICE officer, and that his brother was the only thing preventing him from

getting to the ICE officer who was pointing the firearm at him. Hernandez also stated that he told an ICE officer to "come at me."

Hernandez stated that he then heard his brother crying and screaming his name. Hernandez stated that he observed ICE officers, including the Victim, holding his brother down. Hernandez stated that he ran toward the Victim and struck the Victim twice in the back of the neck with the blade, while aiming for the Victim's neck.

Based on the foregoing, I submit that probable cause exists to believe that Adrian Rafael Hernandez committed the crime of assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer or employee of the United States while such officer or employee was engaged in or on account of the performance of official duties, involving the use of a deadly or dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Briana Vigil

Briana Vigil
Special Agent
Homeland Security Investigations

Sworn to and signed before me by telephonic or other reliable electronic means before me this 13th day of August, 2026.

BARBARA S. EVANS
U.S. MAGISTRATE JUDGE